**FILED & ENTERED**

**MAY 09 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>626 Hospice, Inc.<br><br>Debtor. | Case No.: 2:22-bk-12904-SK<br><br>CHAPTER 7<br><br>**ORDER RE: POSSIBLE STREAMLINED PROCEDURES FOR MULTIPLE ADVERSARY PROCEEDINGS** |

//
//
//
//
//

-1-

On 9/15/23, the above-captioned case was reassigned from Judge Ernest M. Robles to this Court.  Docket #77.  The Court held a status conference on 10/25/23, which was continued to 5/1/24 at 9:00 a.m. (5/1/24 SC).

On 4/9/24, the chapter 7 trustee, Howard M. Ehrenberg (Trustee), filed a status report indicating that he expects to file more than 20 adversary proceedings involving avoidance actions.  Docket #95.  During the 5/1/24 SC, the Trustee inquired about whether the Court had any suggested procedures for cases in which multiple adversary proceedings would be filed.  The Court informed the Trustee about a streamlined procedure used in another case, where there were multiple adversary proceedings filed by the trustee under 11 U.S.C. §§ 547, 548, 550.

The bankruptcy case in which a streamlined procedure was utilized is <u>In re Zetta Jet USA, Inc.</u>, #17-21386.  The procedures were outlined in "Motion of Chapter 7 Trustee . . . Establishing Procedures Governing Adversary Proceedings Pursuant to Sections 547, 548, and 550 of the Bankruptcy Code" (Motion).  Docket #931.

Date: May 9, 2024

Sandra R. Klein
United States Bankruptcy Judge