Howard M. Ehrenberg
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
*howard.ehrenberg@gmlaw.com*

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:22-bk-12904-SK |
| 626 HOSPICE, INC., | Chapter 7 |
| Debtor. | **CASE STATUS REPORT** |
| | Status Conference: |
| | Date: October 2, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 1575 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE:**

Howard M. Ehrenberg ("Trustee"), the Chapter 7 trustee of 626 Hospice, Inc. submits this report to the Court regarding the status of this bankruptcy case.

Beginning on May 8, 2024, I commenced approximately thirty adversary proceedings seeking to avoid and recover avoidable transfers. The largest those proceedings involved members of the Gill family: Gladwin Gill, Natasha Gill, and Amelou Gill. I have entered into tolling agreements with two other potential defendants, American Express and Thatcher Green, and may initiate adversary proceedings against

those entities in the future.

Below is the status of each of the adversary actions I commenced.

| Adversary No. | Defendant | Status |
|---|---|---|
| 2:24-ap-01101-SK | Gladwin Gill and four other defendants | Default judgments have entered against all five defendants, and the adversary proceeding has been closed. |
| 2:24-ap-01102-SK | Natasha Gill | Default judgment has been entered and the adversary proceeding has been closed. |
| 2:24-ap-01103-SK | Amelou Gill and one other defendant | Default judgments have been entered against both defendants and the adversary proceeding has been closed. |
| 2:24-ap-01105-SK | Asclepion Family Medical Group, Inc. | Default judgment has been entered and the adversary proceeding has been closed. |
| 2:24-ap-01106-SK | Arthur Mkrtchyan | Default judgment has been entered and the adversary proceeding has been closed. |
| 2:24-ap-01107-SK | Yeota Christie | This matter has settled, the Trustee will file a motion to approve the settlement. |
| 2:24-ap-01108-SK | Dr. Cleo Tsolokoglou Williams | This matter is in active litigation.  A status hearing is set for October 16. |
| 2:24-ap-01109-SK | Milan Jaiaue | Default judgment has been entered and the adversary proceeding has been closed. |
| 2:24-ap-01110-SK | Dr. Jack Yu | This matter is in active litigation. |
| 2:24-ap- | Garo Ghazarian | This matter has settled, 9019 motion was approved, |

SFW 57259540v1              2

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

| | | |
|---|---|---|
| 01111-SK | | settlement payment was made, and the adversary has been dismissed. |
| 2:24-ap-01112-SK | Earl Benedict Macaset, C.P.A. | This matter is in active litigation. A status hearing is set for October 16. |
| 2:24-ap-01113-SK | Charles Uhalley | This matter has settled, the Trustee will file a motion to approve the settlement. |
| 2:24-ap-01114-SK | La Salle High School of Pasadena | This matter has settled, 9019 motion was approved, settlement payment was made, and the adversary has been dismissed. |
| 2:24-ap-01115-SK | Francesca Nicole Gill Mall | Default judgment has been entered and the adversary proceeding has been closed. |
| 2:24-ap-01116-NB | JP Morgan Chase Bank | This matter has been transferred to the Honorable Neil Bason. |
| 2:24-ap-01117-SK | Estefania Salazar | The Trustee's motion for entry of default judgment has been continued to October 16, 2024. |
| 2:24-ap-01118-SK | Dimitrios Anagnostou | The Trustee's motion for entry of default judgment has been continued to October 16, 2024. |
| 2:24-ap-01119-SK | Ramin Ray Shaolian | This matter has settled, 9019 motion was approved, settlement payment was made, and the adversary has been dismissed. |
| 2:24-ap-01120-SK | Yazmin Martinez | This matter has settled, 9019 motion was approved, settlement payment was made, and the adversary has been dismissed. |
| 2:24-ap-01121-SK | Body Systems Wellness | Default has been entered and this matter has been closed. Subsequently, Defendant paid Trustee on its default |

SFW 57259540v1

3

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

|  |  |  |
|---|---|---|
|  |  | judgment. |
| 2:24-ap-01122-SK | Maleha Ishaq dba Mona Jaan | This complaint was recently amended (complaint initially named "Mona Jaan" but that name is a dba of Maleha Ishaq), and the time for defendant to respond has not yet passed. |
| 2:24-ap-01123-SK | Yeznik Kazandjian | This matter is in active litigation. |
| 2:24-ap-01124-NB | Bank of America, N.A. | This matter has been transferred to the Honorable Neil Bason. |
| 2:24-ap-01129-SK | Ahmed Mahdi | Default judgment has been entered.  This adversary proceeding remains open, with no further status hearing scheduled.  Trustee requests that this adversary proceeding be closed. |
| 2:24-ap-01130-SK | Raul Perez | Default judgment has been entered.  This adversary proceeding remains open, with a status hearing set for October 16, 2024. |
| 2:24-ap-01131-SK | Elizabeth Janabajal | Default judgment has been entered.  This adversary proceeding remains open, and no future status hearing is set.  Trustee requests that this adversary proceeding be closed. |
| 2:24-ap-01133-SK | Mi Rae Park | This matter is in active litigation.  A status hearing is set for October 16. |
| 2:24-ap-01134-SK | James Contreras and JSC Family Practice | This matter is in active litigation.  A status hearing is set for October 16. |
| 2:24-ap- | Metro-Jet, LLC | This matter is in active litigation.  A status hearing is set |

| | | |
|---|---|---|
| 01135-SK | | for October 16. |
| 2:24-ap-01136-SK | Jonathan Lee and Y&J Holdings | This matter is in active litigation. A status hearing is set for October 16. |
| 2:24-ap-01137-SK | Wayne Siu dba Medical Terrace Pharmacy | Defendant defaulted and the Trustee will file a motion for entry of default judgment requesting a hearing date of November 6, 2024. |
| 2:24-ap-01181-SK | Craig Missakian | Defendant has filed a motion to dismiss the complaint, which is set for hearing on October 16, 2024. |

For the matters where I have obtained default judgments, I am taking actions to collect on those judgments with the following exception: regarding Gladwin Gill, I am taking no action except through participation in Mr. Gill's Chapter 13 bankruptcy case, filed under the misspelled name "Gladvin Gill", which is currently pending before Honorable Vincent P. Zurzolo, Bankruptcy Case No. 2:23-bk-14214-VZ.

I am generally in communications with the Office of the United States Trustee regarding fraud I have discovered during the course of my investigation into this Debtor and specifically with respect to Gladwin Gill.

I expect to file with the Office of the United States Trustee a Final Report on or about December 31, 2025.

Dated: September 18, 2024

By: _____
Howard M. Ehrenberg
Chapter 7 Trustee

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as  CASE STATUS REPORT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  September 19, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- **Adam N Barasch** anb@severson.com, elw@severson.com
- **Michael Jay Berger** michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Arturo Cisneros** arturo@mclaw.org, CACD_ECF@mclaw.org
- **Howard M Ehrenberg (TR)** ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com; C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- **Halil Hasic** halil@gedeonlawcpa.com
- **Stella A Havkin** stella@havkinandshrago.com, shavkinesq@gmail.com
- **Benjamin J. Howard** bjh@severson.com
- **Yeznik O Kazandjian** yeznik@yoklaw.com
- **Craig G Margulies** Craig@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Christopher O Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Howard Rutten** howard@ruttenlawfirm.com
- **Tamar Terzian** tterzian@hansonbridgett.com, shosseini@hansonbridgett.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Steven Werth** steven.werth@gmlaw.com, swerth@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com
- **Hatty K Yip** hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- **Jeffrey S Yong** jeffyong@a-ylaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  September 19, 2024   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Sandra Kelin
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012-3332

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 19, 2024 | Patricia Dillamar | /s/Patricia Dillamar |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                   **F 9013-3.1.PROOF.SERVICE**